**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Western Division**

Caitlin Walsh
                      Plaintiff,

v.                                                Case No.: 3:23–cv–50460
                                                      Honorable Iain D. Johnston

VPEN, Inc.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, April 26, 2024:

      MINUTE entry before the Honorable Iain D. Johnston: In light of the stipulation to dismiss under Fed. R. Civ. P. 41(a)(1)(A)(ii), the plaintiff's individual claims are dismissed with prejudice, the putative class claims are dismissed without prejudice, and each side shall bear its own costs and fees. Civil case terminated. Mailed notice (jp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.